# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MEREDITH CAMPBELL,<br><br>  Plaintiff,<br><br>v.<br><br>WRIGHT TRANSPORTATION, INC., GARY ISPHORDING, JOHN DOE, JANE DOE, ABC, CO., and XYZ, CO.,<br><br>  Defendants. | CIVIL ACTION FILE NO.<br><br>_____<br><br>REMOVED FROM STATE COURT OF COBB COUNTY<br>CIVIL ACTION FILE NO.<br>22-A-1290 |

## DEFENDANTS' NOTICE OF REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COME NOW, WRIGHT TRANSPORTATION, INC., and GARY ISPHORDING, (hereinafter "Defendants"), and file the following Notice of Removal to United States District Court, showing the Court as follows:

1. A civil action was filed on April 15, 2022, in the State Court of Cobb County, State of Georgia. That action is designated there as Civil Action File No.: 22-A-1290. This removal is timely filed. Plaintiff has previously submitted a demand to Defendants in the amount of $500,000.00.

2. Defendants file herewith a copy of all process, pleadings, and orders received by Defendants in Civil Action File No.: 22-A-1290, pursuant to 28 USC §1446.

3. Defendant Gary Isphording is an individual and citizen residing with the intent to remain in the State of Alabama.

4. Defendant Wright Transportation, Inc., is now, was at the commencement of Civil Action File No.: 22-A-1290, and at all times since has been an entity organized and existing under the laws of the State of Alabama.

5. Defendant Wright Transportation, Inc.'s Principal Office at the time of filing of Civil Action File No.: 22-A-1290 was, and at all times since has been located in Mobile, Alabama.

6. Upon information and belief, Plaintiff is an individual residing in the State of Georgia.

7. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by the Defendant pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the Parties, the Parties are not residents of the same State, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

a. Plaintiff has previously submitted a demand to Defendants in the amount of $500,000.00. A copy of that demand is attached as Exhibit "C". In her demand Plaintiff identified $44,914.00 in *past* medical expenses incurred. She also alleges that she will need a future surgery.

b. "Amount in controversy" means simply the amount sought by Plaintiff that can be legally awarded by the fact-finder. "The jurisdictional fact in this case is not whether the damages are greater than the requisite amount, but whether a fact finder might legally conclude that they are: In other words, an amount that a plaintiff claims is not 'in controversy' if no fact finder could legally award it." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir., 2002). "[T]he plaintiffs' likelihood of success on the merits is largely irrelevant to the court's jurisdiction because the pertinent question is what is in controversy in the case, not how much the plaintiffs are ultimately likely to recover." *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 751 (11th Cir., 2010). In a tort case the amount in controversy includes "general, special, and punitive damages." *Williams v. Best Buy Co.*, 269 F.3d 1316, 1320 (11th Cir., 2001).

8. Defendants attach hereto a copy of the Summons and Complaint in State Court of Cobb County, State of Georgia, marked as Exhibit "A".

9. Defendants attach hereto a copy of Defendants' Notice of Removal which has been sent for filing in the Superior Court of Cobb County, State of Georgia, marked as Exhibit "B".

10. All named Defendants agree to this removal.

WHEREFORE the Defendant prays that the above action now pending against them in the State Court of Cobb County, State of Georgia, be removed to this Court.

Respectfully submitted this 16th day of May, 2022.

**HALL BOOTH SMITH, PC**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants Wright Transportation, Inc., and Gary Isphording*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  (404) 954-5000
F:  (404) 954-5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MEREDITH CAMPBELL,** | |
| Plaintiff, | **CIVIL ACTION FILE NO.** |
| v. | _____ |
| **WRIGHT TRANSPORTATION, INC., GARY ISPHORDING, JOHN DOE, JANE DOE, ABC, CO., and XYZ, CO.,** | **REMOVED FROM STATE COURT OF COBB COUNTY CIVIL ACTION FILE NO. 22-A-1290** |
| Defendants. | |

## CERTIFICATE OF COMPLIANCE

The foregoing **DEFENDANTS' NOTICE OF REMOVAL** is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this 16th day of May, 2022.

**HALL BOOTH SMITH, PC**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants Wright Transportation, Inc., and Gary Isphording*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  (404) 954-5000
F:  (404) 954-5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MEREDITH CAMPBELL,** | |
| **Plaintiff,** | **CIVIL ACTION FILE NO.** |
| v. | _____ |
| **WRIGHT TRANSPORTATION, INC., GARY ISPHORDING, JOHN DOE, JANE DOE, ABC, CO., and XYZ, CO.,** | **REMOVED FROM STATE COURT OF COBB COUNTY CIVIL ACTION FILE NO. 22-A-1290** |
| **Defendants.** | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Vangelis Zafiroulis
William T. "Billy" Joyner
HAUG LAW GROUP, LLC
8237 Dunwoody Place
Atlanta, Georgia 30350
vangelis@hauglawgroup.com
wjoyner@hauglawgroup.com

7

Respectfully submitted this 16th day of May, 2022.

**HALL BOOTH SMITH, PC**

*/s/ Sean B. Cox*
SEAN B. COX
Georgia State Bar No. 664108
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendants Wright Transportation, Inc., and Gary Isphording*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  (404) 954-5000
F:  (404) 954-5020
scox@hallboothsmith.com
mchristopher@hallboothsmith.com